**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 306 MAL 2020
:
          Respondent  :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v.  :
:
:
DAVID MOUA,  :
:
          Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.